UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN ALLEN VOLSTAD,<br><br>          Petitioner,<br><br>     vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>          Respondent. | NO.  CV-07-263-FVS<br><br>ORDER DISMISSING PETITION |

BEFORE THE COURT is Petitioner's "Motion for Extension of Time and Order, Ordering the Dept. of Corrections to Give Petitioner His Personal Legal Work."  Petitioner, a prisoner currently housed at the Monroe Correctional Complex, is proceeding *pro se*; Respondent has not been served.

By Order filed October 5, 2007, the court directed Mr. Volstad to amend his petition to demonstrate he had authorization from the Ninth Circuit Court of Appeals to file a second or successive petition challenging his 1989 Spokane County conviction.  *See* 28 U.S.C. § 2244(b)(3)(A).  Petitioner was subsequently granted an extension of time to comply with that Order.

Petitioner now seeks a further extension of sixty (60) days to comply.  He asserts he does not have access to his legal files which

ORDER DISMISSING PETITION -- 1

he claims he needs to fill out a Ninth Circuit form application for leave to file a second petition under 28 U.S.C. § 2254. By this assertion, Mr. Volstad is acknowledging he did not have permission from the Ninth Circuit Court of Appeals to file a second or successive petition when he initiated this action on August 15, 2007.

Consequently, **IT IS ORDERED** this action is **DISMISSED without prejudice** to Mr. Volstad filing a new action once he has obtained authorization from the Ninth Circuit Court of Appeals to file a second or successive habeas corpus petition challenging his 1989 Spokane County conviction. **IT IS FURTHER ORDERED** his pending motion (Ct. Rec. 16) is **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file.

**DATED** this ____18th____ day of April 2008.

                              s/ Fred Van Sickle
                              FRED VAN SICKLE
                              UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2