AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Steven Allen Volstad

JUDGMENT IN A CIVIL CASE

v.

Washington State Department of Corrections

CASE NUMBER: CV-07-263-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  This action is DISMISSED Without Prejudice to Mr. Volstad filing a new action once he has obtained authorization from the Ninth Circuit Court of Appeals to file a second or successive habeas corpus petition challenging his 1989 Spokane County conviction.

04/18/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson